IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **WALTER R. SLONE, SR.** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO. 3:05CV707LS |
| **TOWER LOAN, DEPARTMENT OF HUMAN SERVICES, WALTON ELEMENTARY SCHOOL, AMSOUTH BANK, QUICK CASH, U. S. POSTAL SERVICE, JATRAN, HOUSTON J. PATTON, WILLIAM R. BARNETT, MIKE PARKER, JACKSON PUBLIC SCHOOL, DOLLAR MANIA, S&S #1, DANNY HARRIS, LEONARD BRADDY, M. GARNER, V. A. HOSPITAL, PIGGLY WIGGLY and CHEVRON** | **DEFENDANTS** |

## ORDER

This cause came on this date to be heard upon the Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about March 3, 2006, together with Plaintiff's Objections, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge James C. Sumner entered on or about March 3, 2006, and the same is hereby, adopted as the finding of this Court, and this matter will be dismissed without prejudice. A separate judgment will be entered in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED, this the 20th day of March, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE