IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| WALTER R. SLONE, SR. | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:05CV707LS |
| TOWER LOAN, DEPARTMENT OF HUMAN SERVICES, WALTON ELEMENTARY SCHOOL, AMSOUTH BANK, QUICK CASH, U. S. POSTAL SERVICE, JATRAN, HOUSTON J. PATTON, WILLIAM R. BARNETT, MIKE PARKER, JACKSON PUBLIC SCHOOL, DOLLAR MANIA, S&S #1, DANNY HARRIS, LEONARD BRADDY, M. GARNER, V. A. HOSPITAL, PIGGLY WIGGLY and CHEVRON | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about March 3, 2006, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described claims should be, and the same are hereby, dismissed without prejudice.

SO ORDERED this the 20th day of March, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE